

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 27, 2019

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

 **Re:** *United States* **v.** *Juan Carlos Perez-Mera*, **19 Mag. 10277**

Dear Judge McCarthy:

  The Government respectfully requests that the complaint in the above-referenced case be unsealed.

       Respectfully submitted,

       GEOFFREY S. BERMAN
       United States Attorney

    by: _____
       Lindsey Keenan
       Assistant United States Attorney
       (914) 993-1907

APPLICATION GRANTED

*Judith C. McCarthy*

Hon. Judith C. McCarthy *12-3-19*